Philip K. Goldstein, Esq.
Nevada Bar #4275
LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.    E-filed: 4-1-09
609 South Seventh Street
Las Vegas, NV  89101
(702) 388-2004
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:                                    )    **CASE NO. 08-24207 BAM**
                                          )    **CHAPTER 13**
   **AUDREY HASEMANN,**                   )
                                          )
                                          )    **Date of Hearing: 5/7/09**
                      **Debtor.**         )    **Time of Hearing: 3:30 P.M.**
                                          )

## MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF AMERICA'S SERVICING COMPANY PURSUANT TO 11 U.S.C. §506(a) AND §1322

Now Comes, AUDREY HASEMANN (hereinafter the "Debtor"), by and through their attorney, PHILIP K. GOLDSTEIN, ESQ. of the LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD., and move this Court pursuant to 11 U.S.C. §506(a), and §1322, and Bankruptcy Rules 3012 and 9014 and states:

### JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C § 1334 and 28 U.S.C. § 157.

### STATEMENT OF FACTS

1.    On November 26, 2008, Debtor filed a Voluntary Petition under Chapter 13, Title 11, of the United States Code, case number 08-24207 bam.

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

2.    In their petition, debtors listed their home which is located at 3632 Great Bear Street, Las Vegas, Nevada (hereinafter referred to as "Home"), with a value of $226,894.00, and a mortgage balance totaling $368,875.00.

3.    However, upon further investigation and an actual appraisal, the Home is valued at $230,000. (See appraisal attached hereto "Exhibit 1").

4.    At the time of filing, the "Home" was encumbered by a first mortgage with America's Servicing Company. That mortgage has a balance of $296,000.00. (See claim #2, attached hereto and marked as "Exhibit 2").

5.    On the petition date, Debtor owed money to America's Servicing Company (hereinafter the "CREDITOR ASC"), identified in Schedule D in debtors' petition.

6.    Based on the appraisal (exhibit 1), the home value of $230,000, less the first mortgage balance of $296,000.00, results in negative equity, or **no** equity upon which the "CREDITOR ASC" claim could attach. (See Exhibits 1 through 2).

8.    "CREDITOR ASC's" claim is wholly unsecured and if the "Home" was sold at auction Creditor would receive nothing.

9.    Accordingly, the Debtors request that this Court find that the claim of "CREDITOR ASC" is unsecured and should be reclassified as a general unsecured claim to receive pro rata with other general unsecured creditors through the Debtor's chapter 13 plan.

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

**LEGAL ARGUMENT**

In *In re Zimmer*, 313 F.3d 1220 (9th Cir. 2002), the Court stated that a wholly unsecured lien holder's claim can be modified and reclassified as a general unsecured claim pursuant to 11 U.S.C.§506(a),despite the anti-modification language in §1322(b)(2). Specifically, the Court held:

> Section 506(a) divides creditors' claims into "secured...claims" and "unsecured claims." Although the conventional interpretation of "secured" might include any claim in which the creditor has a security interest in the debtor's property, § 506(a) makes clear that the status of a claim depends on the valuation of the property. An allowed claim of a creditor secured by a lien on property in which the estate has an interest ... is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property ... and is an unsecured claim to the extent that the value of such creditor's interest ... is less than the amount of such allowed claim
>
> ...
>
> To put it more simply, a claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." Here, it is plain that PSB Lending's claim for the repayment of its loan is an unsecured claim, because its deed of trust is junior to the first deed of trust, and the value of the loan secured by the first deed of trust is greater than the value of the house.

Accordingly, since the claim of "CREDITOR ASC" is wholly unsecured (in that there is no extant equity above the first mortgage in the home), Your Honor should reclassify said claim to a general unsecured claim to receive pro rata with like unsecured creditors. "CREDITOR ASC" should also be stripped of its secured rights under State law since no maintainable security interest in the subject property exists.

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

1

2          Further, the debtors are not required to file an adversary proceeding to achieve the

3   requested relief herein.  Debtors may bring a motion to "strip off" "CREDITOR ASC's"

4   consensual lien by motion.  See *In re Williams*, 166 B.R. 615 (Bankr.E.D.Va.1994), *In re Fuller*,

5   255 B.R. 300 (Bankr.W.D.Mich.2000), *In re Hoskins*, 262 B.R. 693 (Bankr.E.D.Mich.2001), *In*

6   *re King*, 290 B.R. 641 (Bankr.C.D.Ill.2003), *In re Millspaugh*, 302 B.R. 90 (Bankr.D.Idaho

7   2003), *Dickey v. Ben. Fin. (In re Dickey)* 293 B.R. 360 (Bankr.M.D.Pa.2003), *In re Hill*, 304

8   B.R. 800 (Bankr.S.D.Ohio 2003); *In re Sadala* 294 B.R. 180 (Bankr.M.D.Fla.2003), *In re Fisher*,

9   289 B.R. 544 (Bankr.W.D.N.Y.2003), *In re Robert,313 B.R. 545 (Bankr.N.D.N.Y.2004)*, *In re*

10  *Bennett*, 312 B.R. 843 (Bankr.W.D.Ky.2004).

11

12                                    **CONCLUSION**

13        WHEREFORE, Debtor prays as follows:

14

15        1.      Find that "CREDITOR ASC" is not a holder of a lien on the home;

16        2.      Immediately avoid, "Strip off", cancel and extinguish "CREDITOR ASC's"

17  wholly unsecured claim/lien from the home pursuant to 11 U.S.C. Section 506(a);

18        3.      Reclassify "CREDITOR ASC's" claim as a general unsecured claim to be paid

19  pro rata with other general unsecured creditors through the debtor's chapter 13 plan;

20        4.      Such other relief the Court finds appropriate.

21

22        DATED:  This 1st day of April, 2009.

23                                    LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.

24                                    By: /s/ Philip K. Goldstein
25                                        PHILIP K. GOLDSTEIN, ESQ.
                                          Nevada Bar #4275
26                                        Attorney for Debtor

27

28

*Law Offices of Philip K. Goldstein, Ltd.*
*609 South Seventh Street*
*Las Vegas, Nevada 89101*
*(702) 388-2004 * (702) 388-2024*

2

EXHIBIT 1

Polished Appraisals
Real Estate Appraisals

File No. HASEMANN30609P

APPRAISAL OF



A Single-Family Residential Property

LOCATED AT:

3632 Great Bear Street
Las Vegas, NV 89147-7734

FOR:

Audrey S. Hasemann
3632 Great Bear Street
Las Vegas, NV 89147-7734

AS OF:

March 6, 2009

BY:

Robert J. Owczarzak
Certified Residential Appraiser

Polished Appraisals
Real Estate Appraisals

File No. HASEMANN30609P

March 10, 2009

Audrey S. Hasemann
3632 Great Bear Street
Las Vegas, NV 89147-7734

File Number:   HASEMANN30609P

Dear Client,

In accordance with your request, I have appraised the real property at:

3632 Great Bear Street
Las Vegas, NV 89147-7734

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   March 6, 2009                          is:

$230,000
Two Hundred Thirty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Respectfully Submitted,

Robert J. Owczarzak
Certified Residential Appraiser
Nevada Certification #03982

5740 S. Mann Street, Las Vegas, NV 89118 (702) 307-5800 / Fax 307-5810

Polished Appraisals
## Residential Appraisal Report

File No. HASEMANN30609P

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User Audrey S. Hasemann

E-mail

Client Address 3632 Great Bear Street    City Las Vegas    State NV    Zip 89147-7734

Additional Intended User(s) Those individuals identified by the Client may use the report for non-mortgage purposes.

Intended Use Personal Use, for the establishment of value for personal financial dealings.

Property Address 3632 Great Bear Street    City Las Vegas    State NV    Zip 89147-7734

Owner of Public Record Audrey S. Hasemann    County Clark

Legal Description Twain Conquistador #3-Lewis Homes Plat Book 74 Page 93 Lot 55 Block B

Assessor's Parcel # 163-18-213-009    Tax Year 08-09    R.E. Taxes $ 2,200.36

Neighborhood Name Twain Conquistador #3-Lewis Homes    Map Reference Metro Map: 52-A5    Census Tract 0058.11

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer:    Date November 30, 2005    Price $370,000    Source(s) MLS / Public Records

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) With the exception of some recent foreclosures, the subject and all comparable sales have had a reasonable sales history with none having more sales than is expected in a stable neighborhood like that of the subject.

Offerings, options and contracts as of the effective date of the appraisal None

| NEIGHBORHOOD CHARACTERISTICS | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | [X] Urban | [ ] Suburban [ ] Rural | Property Values | [ ] Increasing | [X] Stable [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up | [X] Over 75% | [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance [ ] Over Supply | 120 Low | 9 | 2-4 Unit | 0 % |
| Growth | [ ] Rapid | [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths [ ] Over 6 mths | 595 High | 22 | Multi-Family | 10 % |
| | | | | | | 220 Pred. | 20 | Commercial | 10 % |
| | | | | | | | | Other | % |

Neighborhood Boundaries north to Sahara Avenue, east to Fort Apache Road, south to Twain Avenue, and west to Hualapai Way

Neighborhood Description Predominantly 1 & 2 level single-family residences, well maintained.

Market Conditions (including support for the above conclusions) Marketing conditions are currently favorable towards buyers. Interest rates have remained at levels sufficient to attract buyers. Financing available includes conventional, FHA, VA & private investors. Subject's location is that of a very stable neighborhood with minimal similar offerings available.

Dimensions 40' X 100'    Area 4000 SF    Shape Rectangular    View Residential

Specific Zoning Classification R-1    Zoning Description Single-Family Residential / Use Code 110

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No    If No, describe.

| Utilities | Public | Private | Other (describe) | | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | | | Water | [X] | Street Asphalt | [X] |
| Gas | [X] | | | Sanitary Sewer | [X] | Alley None | |

Site Comments Subject site appears to be a typical residential lot with no unusual characteristics or functional obsolescence.

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION materials/condition | | INTERIOR materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls Concrete/Average | | Floors Cpt-Tile-Wd/Upg | |
| # of Stories 2 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls Stucco/Average | | Walls Drywall/Avg.+ | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area None sq. ft. | | Roof Surface Concrete Tile/Avg. | | Trim/Finish Paint/Average+ | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish % | | Gutters & Downspouts Front/Average+ | | Bath Floor Tile/Good | |
| Design (Style) Conventional | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type Vinyl Clad/Avg. | | Bath Wainscot Fiberglass/Avg. | |
| Year Built 1998 | | N/A | | Storm Sash/Insulated Dual Pane/Avg. | | Car Storage [ ] None | |
| Effective Age (Yrs) 11 Years | | | | Screens Yes/Good | | [X] Driveway # of Cars 2 | |
| Attic [ ] None | | Heating [ ] FWA [ ] HWBB [ ] Radiant | | Amenities | | Driveway Surface Concrete | |
| [ ] Drop Stair [ ] Stairs | | [X] Other FAU Fuel Gas | | [X] Fireplace(s) # 1 [X] Fence Block | | [X] Garage # of Cars 2 | |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Open [X] Porch Covered | | [ ] Carport # of Cars | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [X] Pool Pool/Spa [X] Other KoolDeck | | [ ] Att. [ ] Det. [X] Built-in | |
| Appliances [P] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [X] Microwave [P] Washer/Dryer [ ] Other (describe) | | | | | | | |
| Finished area above grade contains: 6 Rooms    3 Bedrooms    2.5 Bath(s)    1,833 Square Feet of Gross Living Area Above Grade | | | | | | | |

Additional Features See Attached Addendum

Comments on the improvements Subject property effectively meets functional and aesthetic expectations of buyers in these value ranges. No significant functional or economic obsolescence noted to exist. Apparent that an on-going maintenance program is in effect.



Polished Appraisals
## Residential Appraisal Report

File No. HASEMANN30609P

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 3632 Great Bear Street | 3674 Great Bear Street | | 9661 Pioneer Avenue | | 2929 Domino Way | |
| Address | Las Vegas, NV 89147-7734 | Las Vegas, NV 89147-7734 | | Las Vegas, NV 89117-8767 | | Las Vegas, NV 89117-3623 | |
| Proximity to Subject | | 0.05 MI S | | 0.48 MI ENE | | 1.2 MI NE | |
| Sale Price | \$ Personal Use | \$ 218,000 | | \$ 275,000 | | \$ 250,000 | |
| Sale Price/Gross Liv. Area | \$ N/A sq. ft. | \$ 118.93 sq. ft. | | \$ 136.68 sq. ft. | | \$ 122.67 sq. ft. | |
| Data Source(s) | MLS/Pub Records | MLS / Public Records | | MLS / Public Records | | MLS / Public Records | |
| Verification Source(s) | | Exterior Inspection From Street | | Exterior Inspection From Street | | Exterior Inspection From Street | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) \$ Adjustment | DESCRIPTION | +(-) \$ Adjustment | DESCRIPTION | +(-) \$ Adjustment |
| Sale or Financing | | Convent'l Finan. | Concessions | Convent'l Finan. | Concessions | VA Financing | Concessions |
| Concessions | | DOM = 137Days | -0- | DOM = 6 Days | -8,100 | DOM = 110Days | -3,000 |
| Date of Sale/Time | 3-6-09 | COE 1-15-09 | | COE 10-22-08 | -11,000 | COE 1-14-09 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4000 SF | 3999 SF | | 5737 SF | -5,200 | 7000 SF | -9,000 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 2 Story | Match Model | | 2 Story | | 2 Story | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 11+/- Years | 11+/- Years | | 10+/- Years | | 21+/- Years | +10,000 |
| Condition | Upgraded | Upgraded | | Upgraded | | Average Plus | +5,000 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 6 / 3 / 2.5 | 7 / 4 / 2.5 | | 7 / 4 / 2.5 | | 7 / 4 / 3.0 | -6,000 |
| Gross Living Area | 1,833 sq. ft. | 1,833 sq. ft. | | 2,012 sq. ft. | -6,300 | 2,038 sq. ft. | -7,000 |
| Basement & Finished | | | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | FAU-CAC | FAU-CAC | | FAU-CAC | | FAU-CAC | |
| Energy Efficient Items | Insulated&Fans | Insulated | | Insulated | | Insulated | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Gar.&RV | -2,000 | 2 Car Garage | |
| Porch/Patio/Deck | Patio,Cov.Porch | CovPorch&Patio | -2,000 | CovPorch&Patio | -2,000 | Patio,Cov.Porch | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Built-Ins | Yes | Yes | | Yes | | Yes | |
| Pool / Spa | Pool/Spa Propty. | Pool Property | +4,000 | Pool/Spa Propty. | | Pool/Spa Propty. | |
| Net Adjustment (Total) | | [X] + [ ] - | \$ 2,000 | [X] + [ ] - | \$ 34,600 | [ ] + [X] - | \$ 10,000 |
| Adjusted Sale Price | | Net Adj. 0.9% | | Net Adj. -12.6% | | Net Adj. -4.0% | |
| of Comparables | | Gross Adj. 2.8% | \$ 220,000 | Gross Adj. 12.6% | \$ 240,400 | Gross Adj. 16.0% | \$ 240,000 |

Summary of Sales Comparison Approach    See Attached Addendum

Site Value Comments   Land value was arrived at by abstraction from the market due to a lack of sales of similarly sized vacant lots in or near subject's market area.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

| | | OPINION OF SITE VALUE | | = \$ | 50,000 |
|---|---|---|---|---|---|
| Source of cost data | Marshall & Swift Residential Cost Handbook 2008 | Dwelling | 1,833 Sq. Ft. @ \$ 85.00 | = \$ | 155,805 |
| Quality rating from cost service | Upgraded Effective date of cost data Oct. 2008 | | Sq. Ft. @ \$ | = \$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | Pool/Spa, Fireplace, Open Patio, Covered Porch | | | 30,000 |
| Although the Sales Comparison Approach is given the greatest | | Garage/Carport | 420 Sq. Ft. @ \$ 30.00 | = \$ | 12,600 |
| weight, the Cost Approach lends support to the assigned value. | | Total Estimate of Cost-New | | = \$ | 198,405 |
| Physical (age) depreciation is calculated at 1/65 = 1.5% per year | | Less 65 Physical Functional External | | | |
| based on an estimated economic life for subject property of 65 | | Depreciation 16.5% | | = \$( | 32,737) |
| years. Remaining estimated economic life = 54 years. | | Depreciated Cost of Improvements | | = \$ | 165,668 |
| | | "As-is" Value of Site Improvements | | = \$ | 15,000 |
| | | INDICATED VALUE BY COST APPROACH | | = \$ | 230,700 |

Estimated Monthly Market Rent \$ N/A X Gross Rent Multiplier N/A = \$ N/A Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) The Income Approach was not used, as these properties are typically purchased for use as opposed to the creation of an income stream.

Indicated Value by: Sales Comparison Approach \$ 230,000 Cost Approach (if developed) \$ 230,700 Income Approach (if developed) \$ N/A

THIS IS A FULL SUMMARY APPRAISAL REPORT per dictates of USPAP,FIRREA,Title XI. In the final analysis, the Market Approach is accorded the greatest weight while the Cost Approach lends support. Robert J. Owczarzak, Polished Appraisals. Phones: (702)307-5800 / Fax 307-5810.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following: No conditions, appraised "as is".

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is \$ 230,000 as of March 6, 2009 , which is the effective date of this appraisal.



Polished Appraisals
## Residential Appraisal Report

File No. HASEMANN30609P

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 3632 Great Bear Street | 3374 Syvella Court | | 9593 Teton Diablo Avenue | | | |
| Address Las Vegas, NV 89147-7734 | | Las Vegas, NV 89117-3623 | | Las Vegas, NV 89117-6740 | | | |
| Proximity to Subject | | 0.45 MI NE | | 0.53 MI ENE | | | |
| Sale Price | $ Personal Use | | $ 240,000 | | $ 219,000 | $ | |
| Sale Price/Gross Liv. Area | $ N/A        sq. ft. | $ 118.17   sq. ft. | | $ 94.32   sq. ft. | | $        sq. ft. | |
| Data Source(s) | | MLS / Public Records | | MLS / Public Records | | | |
| Verification Source(s) | | Exterior Inspection From Street | | Exterior Inspection From Street | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | FHA Financing | Concessions | PENDING SALE | | | |
| Concessions | | DOM = 85 Days | -7,200 | DOM = 85 Days | | | |
| Date of Sale/Time | | COE 10-1-08 | -12,000 | Est COE 1/31/09 | | | |
| Location | Suburban | Suburban | | Suburban | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 4000 SF | 4284 SF | | 5693 SF | -5,000 | | |
| View | Residential | Residential | | Residential | | | |
| Design (Style) | 2 Story | 2 Story | | 2 Story | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 11+/- Years | 15 +/- Years | | 13+/- Years | | | |
| Condition | Upgraded | Average | +15,000 | Upgraded | | | |
| Above Grade | Total 6 Bdrms 3 Baths 2.5 | Total 7 Bdrms 4 Baths 2.75 | -8,000 | Total 7 Bdrms 4 Baths 3.0 | -8,000 | Total Bdrms Baths | |
| Room Count | | | | | | | |
| Gross Living Area | 1,833 sq. ft. | 2,031 sq. ft. | -7,000 | 2,322 sq. ft. | -17,500 | sq. ft. | |
| Basement & Finished | | | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | FAU-CAC | FAU-CAC | | FAU-CAC | | | |
| Energy Efficient Items | Insulated&Fans | Insulated | | Insulated | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | | |
| Porch/Patio/Deck | Patio,Cov. Porch | Patio,Cov. Porch | | CovPatio&Entry | | | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | | |
| Built-Ins | Yes | Yes | | Yes | | | |
| Pool / Spa | Pool/Spa Propty. | Pool/Spa Propty | | Pool/Spa Propty. | | | |
| Net Adjustment (Total) | | ☐+ ☒- $ 17,200 | | ☐+ ☒- $ 28,500 | | ☒+ ☐- $ | 0 |
| Adjusted Sale Price | | Net Adj. -7.2% | | Net Adj. -13.0% | | Net Adj. 0.0% | |
| of Comparables | | Gross Adj. 19.7% $ 222,800 | | Gross Adj. 13.0% $ 190,500 | | Gross Adj. 0.0% $ | 0 |

Summary of Sales Comparison Approach

Additional Comparables



Produced using ACI software, 800.234.8727 www.aciweb.com
This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved
GPAR™ General Purpose Appraisal Report. 12/2005
GPAR2004_05 04172006

**ADDENDUM**

| Borrower: | File No.: HASEMANN30609P |
|---|---|
| Property Address: 3632 Great Bear Street | Case No.: |
| City: Las Vegas | State: NV | Zip: 89147-7734 |
| Lender: Audrey S. Hasemann | |

**Neighborhood Market Conditions**

Marketing time is in the 2 to 6 month range per MLS/Broker data.

Concessions are typical of buyer-seller interaction, however, buy downs and percentage step interest offerings are minimal.

Conventional, FHA, VA, and private investor financing is readily available.

**Additional Features**

Extensive use of wood laminate flooring at 60% of level one, tile at remaining 40% of level one as well as baths and laundry area at level two, and carpet at all other living area

Kitchen features painted wood cabinets with pot shelves, granite counters, tile floor, stainless appliances and sinks, recessed lighting, and pantry

Ceiling fans at all bedrooms and dining area

Corner raised-hearth gas fireplace at living room

Covered porch, open patio, in-ground pool / spa with Kool Deck perimeter

**Comments on Sales Comparison**

The comparables presented were the best available at the time of inspection. Adjustments have been abstracted by paired analysis when possible or a percentage of cost to construct was used when necessary.

Seller sales concessions are adjusted dollar-for-dollar based on information provided by the listing agents on each property's MLS listing sheet.

Condition adjustments are at the estimated cost to bring the condition of the comparable sales to a level more similar to that of the subject.

Square footage adjustments are at $35PSF+/-(R) at variances exceeding 100SF. Site adjustments are at $3PSF+/-(R) at variances exceeding 1000 SF (approximately 24% of subject's site value PSF).

Half baths which affect the overall count of bathing facilities abstract at $5,000 to $7,500 taken here at $6,000. Market recognizes no value distinction between 2.75 and 3.0 bath configurations as both provide three bathing facilities.

Age is adjusted at $1,000 per year where variances equal or exceed ten years (approximately 33% of subject's annual depreciation).

Subject is bracketed at size, at site size, at age, and at value. Value brackets, after all considerations, between $220,000 and $240,400 indicating it to be reasonably supportable at its assigned value of $230,000.

**Additional Comments**

This report has been electronically signed and is secure.

The appraiser used a variety of data services such as public and private online data bases which include public records provided by the Clark County Nevada assessor's office, county recorder's office, FEMA flood maps from the Clark County Regional Flood Control District, county websites which provide zoning maps and related information, overhead maps, and census tract maps. Appraiser also relied on extensive amounts of information gleaned from the local Multiple Listing Service (MLS), listing and selling realtor direct contact when necessary, and information provided on their historical listing and sales sheets relative to the effective date of this appraisal. The appraiser did report all pertinent data relative to the valuation process.

Property presented at Comparable Sale #5 position is a pending sale rather than a closed escrow sale and therefore was not used in the final reconciliation to establish value. This property is only presented to support the neighborhood value trends as declining.

File No. HASEMANN30609P

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
The scope of work related to this appraisal was limited to the owner's concern about the current market value of the subject. To that end, the appraiser has presented the most recent similar sales of comparable pool properties and one pending sale.



File No. HASEMANN30609P

**Appraiser's Certification**

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:
None

Definition of Value:  [X] Market Value    [ ] Other Value: _____

Source of Definition: The Dictionary of Real Estate Appraisal, 4th Edition, 2002, Appraisal Institute

"The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress."

"As defined by USPAP (Uniform Standards of Professional Appraisal Practice)...A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal."

ADDRESS OF THE PROPERTY APPRAISED:
3632 Great Bear Street
Las Vegas, NV 89147-7734
EFFECTIVE DATE OF THE APPRAISAL: March 6, 2009
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 230,000

**APPRAISER**

Signature: *Robert J. Owczarzak*
Name: Robert J. Owczarzak
State Certification # 03982
or License # _____
or Other (describe): _____  State #: _____
State: NV
Expiration Date of Certification or License: October 31, 2009
Date of Signature and Report: March 10, 2009
Date of Property Viewing: March 6, 2009
Degree of property viewing:
[X] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature: _____
Name: _____
State Certification # _____
or License # _____
State: _____
Expiration Date of Certification or License: _____
Date of Signature: _____
Date of Property Viewing: _____
Degree of property viewing:
[ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view



Produced using ACI software, 800.234.8727 www.aciweb.com

This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(GPAR™) General Purpose Appraisal Report, 12/2005
GPAR_N_05 04172008

Polished Appraisals

PLAT MAP

| Client: | Audrey S. Hasemann | | File No.: | HASEMANN30609P |
|---|---|---|---|---|
| Property Address: 3632 Great Bear Street | | | Case No.: | |
| City: Las Vegas | | State: NV | | Zip: 89147-7734 |



**OVERHEAD PHOTO MAP**

| Client:     Audrey S. Hasemann | | File No.:   HASEMANN30609P |
|---|---|---|
| Property Address: 3632 Great Bear Street | | Case No.: |
| City: Las Vegas | State: NV | Zip: 89147-7734 |



5740 S. Mann Street, Las Vegas, NV 89118 (702) 307-5800 / Fax 307-5810

**CENSUS TRACT MAP**

| Client: | Audrey S. Hasemann | | File No.: HASEMANN30609P |
|---|---|---|---|
| Property Address: 3632 Great Bear Street | | Case No.: | |
| City: Las Vegas | | State: NV | Zip: 89147-7734 |



5740 S. Mann Street, Las Vegas, NV 89118 (702) 307-5800 / Fax 307-5810

FLOORPLAN

| Client: Audrey S. Hasemann | | File No.: HASEMANN30609P | |
|---|---|---|---|
| Property Address: 3632 Great Bear Street | | Case No.: | |
| City: Las Vegas | State: NV | | Zip: 89147-7734 |



Comments:

| | AREA CALCULATIONS SUMMARY | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 723.0 | |
| | Second Floor | 1173.0 | |
| | Stairs | -63.0 | 1833.0 |
| P/P | Covered Porch | 72.0 | |
| | Open Patio | 120.0 | 192.0 |
| GAR | Garage | 420.0 | 420.0 |
| | Net LIVABLE Area | (Rounded) | 1833 |

| LIVING AREA BREAKDOWN | | | |
|---|---|---|---|
| | Breakdown | | Subtotals |
| First Floor | | | |
| | 22.0 x | 30.0 | 660.0 |
| | 3.0 x | 21.0 | 63.0 |
| Second Floor | | | |
| | 30.0 x | 30.0 | 900.0 |
| | 13.0 x | 21.0 | 273.0 |
| Stairs | | | |
| | 7.0 x | 9.0 | -63.0 |
| 5 Items | | (Rounded) | 1833 |

5740 S. Mann Street, Las Vegas, NV 89118 (702) 307-5800 / Fax 307-5810

**LOCATION MAP**

| Client: | Audrey S. Hasemann | | File No.: HASEMANN30609P |
|---|---|---|---|
| | | Case No.: | |
| Property Address: 3632 Great Bear Street | | | |
| City: Las Vegas | | State: NV | Zip: 89147-7734 |



SUBJECT PROPERTY PHOTO ADDENDUM

| Client: Audrey S. Hasemann | File No.: HASEMANN30609P | |
|---|---|---|
| Property Address: 3632 Great Bear Street | Case No.: | |
| City: Las Vegas | State: NV | Zip: 89147-7734 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: March 6, 2009
Appraised Value: $ 230,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

Polished Appraisals - Real Estate Appraisals

| Client: Audrey S. Hasemann | File No.: HASEMANN30609P | |
|---|---|---|
| Property Address: 3632 Great Bear Street | Case No.: | |
| City: Las Vegas | State: NV | Zip: 89147-7734 |



ALTERNATE FRONT VIEW



KITCHEN FEATURES TILE FLOOR, GRANITE COUNTERS, PAINTED WOOD CABINETS WITH POT SHELVES, PANTRY, AND FULL COMPLEMENT OF BUILT-INS



DINING AREA WITH WOOD LAMINATE FLOORING AND CEILING FAN

| | | |
|---|---|---|
| Client: Audrey S. Hasemann | File No.: HASEMANN30609P | |
| Property Address: 3632 Great Bear Street | Case No.: | |
| City: Las Vegas | State: NV | Zip: 89147-7734 |



LIVING ROOM WITH WOOD LAMINATE
FLOORING AND RAISED HEARTH GAS
FIREPLACE



BEDROOM WITH CEILING FAN



SIZEABLE BEDROOM (2 BEDROOMS
JOINED TOGETHER) WITH TWO CEIL-
ING FANS

| | | |
|---|---|---|
| Client: Audrey S. Hasemann | File No.: HASEMANN30609P | |
| Property Address: 3632 Great Bear Street | Case No.: | |
| City: Las Vegas | State: NV | Zip: 89147-7734 |



M/BEDROOM WITH CEILING FAN



FULL GUEST BATH WITH TILE FLOOR
AND CULTURED MARBLE VANITY



FULL M/BATH WITH TILE FLOOR AND
CULTURED MARBLE DUAL VANITY

Polished Appraisals - Real Estate Appraisals

| Client: Audrey S. Hasemann | | File No.: HASEMANN30609P |
|---|---|---|
| Property Address: 3632 Great Bear Street | | Case No.: |
| City: Las Vegas | State: NV | Zip: 89147-7734 |



HALF BATH AT LEVEL ONE



GAS FIREPLACE AND TILE FOYER



LAUNDRY AREA

Polished Appraisals Integrated Real Estate Appraisal

| | |
|---|---|
| Client:  Audrey S. Hasemann | File No.:  HASEMANN30609P |
| Property Address: 3632 Great Bear Street | Case No.: |
| City: Las Vegas | State: NV    Zip: 89147-7734 |



FREEFORM IN-GROUND POOL AND
RAISED SPA WHICH OVERFLOWS
INTO POOL



TWO CAR FINISHED GARAGE WITH
AUTOMATIC OPENER



COVERED PORCH

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Audrey S. Hasemann | File No.: HASEMANN30609P |
| Property Address: 3632 Great Bear Street | Case No.: |
| City: Las Vegas | State: NV    Zip: 89147-7734 |



**COMPARABLE SALE #1**

3674 Great Bear Street
Las Vegas, NV 89147-7734
Sale Date: COE 1-15-09
Sale Price: $ 218,000



**COMPARABLE SALE #2**

9661 Pioneer Avenue
Las Vegas, NV 89117-6767
Sale Date: COE 10-22-08
Sale Price: $ 275,000



**COMPARABLE SALE #3**

2929 Domino Way
Las Vegas, NV 89117-3623
Sale Date: COE 1-14-09
Sale Price: $ 250,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client:  Audrey S. Hasemann | File No.:   HASEMANN30609P |
| Property Address: 3632 Great Bear Street | Case No.: |
| City: Las Vegas | State: NV          Zip: 89147-7734 |



**COMPARABLE SALE #4**

3374 Syvetta Court
Las Vegas, NV 89117-3623
Sale Date: COE 10-1-08
Sale Price: $ 240,000



**COMPARABLE SALE #5**

9593 Teton Diablo Avenue (PENDING)
Las Vegas, NV 89117-6740
Sale Date: Est.COE 1/31/09
Sale Price: $ 219,000



**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

Polished Appraisals
Real Estate Appraisals

File No. HASEMANN30609P

********* INVOICE *********

File Number: HASEMANN30609P

March 10, 2009

Audrey S. Hasemann
3632 Great Bear Street
Las Vegas, NV 89147-7734

Invoice # :          HASEMANN30609P
Order Date :         3-3-2009 / Inspected: 3-6-2009
Reference/Case # :
PO Number :

3632 Great Bear Street
Las Vegas, NV  89147-7734

| | |
|---|---|
| Single Family Residential Appraisal | $350.00 |
| Personal Use | $ - - - - - - - - - - - - - |
| | |
| Invoice Total | $350.00 |
| Deposit | ($350.00          ) |
| Deposit | ($ - - - - - - - - - - - -          ) |
| Amount Due | $0.00 |

Terms:  Paid at entry, as agreed. Check #3644

Please Make Check Payable To:

Polished Appraisals
5740 S. Mann Street
Las Vegas, NV 89118

Thank you for your business !!!

EXHIBIT 2

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|
| DISTRICT OF NEVADA | Chapter 13 |

Name of Debtor: Audrey S. Hasemann

Bankruptcy Case No: 08-24207-bam

## A.CREDITOR INFORMATION

Name and Address of Creditor:     This space is for court use only

America's Servicing Company

One Home Campus

MAC# X2302-045

Des Moines, IA  50328

Number by which creditor identifies debtor: 1115034166 / 08-75379

## B. CLAIM INFORMATION

1. Basis for claim: Monies loaned

2. Date debt was incurred: November 28, 2005

3. CLASSIFICATION OF CLAIM: SECURED

       Attach evidence of perfection of security

       Brief description of collateral: Real Estate

4. TOTAL AMOUNT OF CLAIM: $296,000.00 (Principal Balance, plus below arrearages)

    TOTAL: $9,790.17*       *Arrearages, as set forth in Schedule "A" attached.

                                      Plus accruing interest, late charges, **attorney's fees, costs, and all other expenses related thereto.

**IF LEGAL FEE AND COSTS ARE INCURRED AFTER THIS PROOF OF CLAIM IS FILED, YOUR ACCOUNT WILL BE ASSESSED THOSE FEES AND COSTS IF LEGALLY PERMISSIBLE IN THE OPINION OF THE LENDER.  IF SUCH FEES AND COSTS ARE NOT PAID AS PART OF THIS CASE, THEY MAY BE COLLECTED IN THE FUTURE PURSUANT TO THE TERMS OF YOUR SECURITY INSTRUMENT, THE BANKRUPTCY CODE, AND OTHER APPLICABLE LAW.

## C. CERTIFICATION

The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown, that there is no security for the debt other than that stated above or in an attachment to this form, that no unmatured interest is included, and that the undersigned is authorized to make this claim.

Dated December 4, 2008

WILDE HANSEN, LLP. counsel for creditor

Audrey S. Hasemann
CASE NO: 08-24207-bam

## SCHEDULE "A"

PRINCIPAL BALANCE $296,000.00

ARREARAGES

| | |
|---|---|
| 3 Monthly payments at $2,448.38 (8/1/2008 - 10/1/2008) | $7,345.14 |
| 1 Monthly payment at $2,445.03 (11/1/2008) | $2,445.03 |
| TOTAL* | $9,790.17 |

*TOTAL GOOD THROUGH November 26, 2008

***NOTE: THE TOTAL DEBT IS THE SUM OF THE ARREARAGES AND THE PRINCIPAL BALANCE, LESS ANY PORTION OF THE ARREARAGES WHICH UNDER THE TERMS OF THE LOAN WOULD BE APPLIED AS A REDUCTION OF THE PRINCIPAL.